No. 1104.   MONJAR *v.* UNITED STATES;
No. 1105.   MONJAR *v.* UNITED STATES;
No. 1106.   COOK *v.* UNITED STATES;
No. 1107.   JONES *v.* UNITED STATES;
No. 1108.   DREW *v.* UNITED STATES;
No. 1109.   MOORE *v.* UNITED STATES;
No. 1110.   LINDH *v.* UNITED STATES;
No. 1111.   FITZPATRICK *v.* UNITED STATES;
No. 1112.   WILLARD *v.* UNITED STATES;
No. 1113.   CANDLIN *v.* UNITED STATES;
No. 1114.   CRUSER *v.* UNITED STATES; and
No. 1115.   MADDAMS *v.* UNITED STATES.   May 21, 1945.   Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Messrs. William D. Donnelly, Daniel O. Hastings, William A. Gray* and

*Homer Cummings* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States. Reported below: 147 F. 2d 916; No. 1110, 148 F. 2d 332.